JANET M. HEROLD
Regional Solicitor
DANIEL CHASEK
Associate Regional Solicitor
California Bar No. 186968
KATHERINE KASAMEYER
Trial Attorney
California Bar No. 261820
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7742
Facsimile: (415) 625-7772
Email: Kasameyer.katherine@dol.gov

Attorneys for Plaintiff, Thomas E. Perez,
Secretary of Labor,
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor, | ) Docket No.: ________________ |
| Plaintiff, | ) COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT (29 U.S.C. §§ 201, et seq.) |
| v. | |
| End 2 End Communications, LLC, doing business as End 2 End Communications and as End 2 End Technologies; Troy Knutson, individually and as a managing agent of End 2 End Communications, LLC; and Kacey Schenk, individually and as a managing agent of End 2 End Communications, LLC, | ) |
| Defendants. | ) |

1. Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor, brings this action to enjoin Defendants End 2 End Communications, LLC, doing business as End 2 End Communications and as End 2 End Technologies; Troy Knutson ("Knutson"), individually and as a managing agent of End 2 End Communications, LLC; and Kasey Schenk ("Schenk"), individually and as a managing agent of End 2 End Communications, LLC (collectively "Defendants") from violating the provisions of the Fair Labor Standards Act of 1938, as amended (hereinafter called "FLSA" or the "Act"), 29 U.S.C. § 201 *et seq.*, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, and to recover unpaid overtime compensation owed under the Act to present and former employees of Defendants, including those listed by name on the attached Exhibit A to this Complaint, together with an equal amount of liquidated damages, pursuant to Section 16(c) of the Act, 29 U.S.C. § 216(c).

2. This Court has subject matter jurisdiction pursuant to Sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216(c) and 217; this Court also has subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 28 U.S.C. § 1345 (United States as plaintiff).

3. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claims at issue occurred in or around Phoenix, Arizona.

4. (a) Defendant End 2 End Communications, LLC, is and at all times hereinafter mentioned was an Arizona limited liability company with a place of business at 1230 N. Hobson Street No. 102, Gilbert, AZ 85233, within the jurisdiction of this Court, and does and at all times hereinafter mentioned has

installed data, video, voice, cable, and other telecommunications systems for residential and business customers.

(b) Defendant Knutson, an individual, at all times hereinafter mentioned was an owner and manager of Defendant End 2 End Communications, LLC, and acted directly or indirectly in the interest of End 2 End Communications, LLC, in relation to its employees by exercising supervisory authority over the employees named in Exhibit A, including controlling payment of overtime. As such, Defendant Knutson is and has been an employer within the meaning of FLSA Section 3(d), 29 U.S.C. 203(d).

(c) Defendant Schenk, an individual, at all times hereinafter mentioned was an owner and officer of Defendant End 2 End Communications, LLC, and acted directly or indirectly in the interest of End 2 End Communications, LLC, in relation to its employees by exercising supervisory authority over the employees named in Exhibit A. As such, Defendant Schenk is and has been an employer within the meaning of FLSA Section 3(d), 29 U.S.C. 203(d).

5. Defendant End 2 End Communications, LLC, is, and at all times hereinafter mentioned was, engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was, an enterprise within the meaning of Section 3(r) of the Act, 29 U.S.C. § 203(r).

6. The aforesaid enterprise has, and at all times material hereto has had, employees engaged in commerce or in the production of goods for commerce, or in handling, selling or otherwise working on goods or materials which have been moved in or produced for commerce. Said enterprise has, and at all times material hereto has had, an annual gross volume of sales made or business done (exclusive

of any excise taxes at the retail level, if any, that were separately stated) of no less than $500,000.00; and said enterprise constitutes, and at all times material hereto has constituted, an "enterprise engaged in commerce or in the production of goods for commerce" as defined in FLSA § 3(s), 29 U.S.C. § 203(s).

7. Defendants have repeatedly violated the provisions of Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees who in workweeks were engaged in commerce or the production of goods for commerce, within the meaning of Section 3(s) of the Act, 29 U.S.C. § 203(s), for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed during the Subject Period. The violative pay practices included paying employees on a piece-rate basis without regard to overtime hours worked.

8. Defendants, employers subject to the provisions of the Act, have violated the provisions of sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 C.F.R. Part 516, in that records fail to show adequately and accurately, among other things, the hours worked with respect to several employees.

9. (a) During the Subject Period, Defendants have willfully violated the aforesaid provisions of the Act. Defendants were aware of the FLSA wage requirements and consistently and deliberately failed to compensate employees at the required wage rates.

(b) As a result of the aforesaid violations of the Act, there is unpaid overtime compensation being withheld by Defendants.

(c) Judgment permanently enjoining and restraining such violations of the Act is specifically authorized by Section 17 of the Act, 29 U.S.C. § 217.

(d) Judgment enjoining and restraining any continued withholding of unpaid overtime compensation due under the Act is specifically authorized by Section 17 of the Act, 29 U.S.C. § 217.

(e) Judgment awarding unpaid back wages due under the Act, plus an additional amount as liquidated damages that is equal to the amount of the back wages that accrued under the Act, is specifically authorized by Section 16(c) of the Act, 29 U.S.C. § 216(c).

**WHEREFORE**, cause having been shown, Plaintiff prays for a judgment against Defendants as follows:

(a) For an Order pursuant to Section 17 of the Act, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with Defendants, from prospectively violating the provisions of Section 15(a)(2) and (a)(5) of the Act, 29 U.S.C. § 215, 29 U.S.C. §215(a)(2) and (a)(5); and

(b) For an Order

(i) pursuant to Section 16(c) of the Act, 29 U.S.C. § 216(c), finding Defendants liable for overtime compensation due Defendants' employees and for liquidated damages equal in amount to the overtime compensation found due to Defendants' employees, including those listed in the attached Exhibit A;

(ii) in the event liquidated damages are not awarded, pursuant to Section 17 of the Act, 29 U.S.C. § 217, enjoining and restraining Defendants, their

officers, agents, servants, employees and those persons in active concert or participation with Defendants, from withholding payment of unpaid back wages found to be due Defendants' employees, and pre-judgment interest at an appropriate interest rate;

(c) For an Order awarding Plaintiff the costs of this action; and

(d) For an Order granting such other and further relief as may be necessary or appropriate.

Dated: July 20, 2015

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL CHASEK
Associate Regional Solicitor

Attorneys for Plaintiff Secretary
U.S. Department of Labor

By:

_/s/ Katherine M. Kasameyer
KATHERINE M. KASAMEYER
Trial Attorney

**EXHIBIT A**

ACEVEDO, ALVARO

ACOPIADO, CHRIS

AGUON, ROY

AKINS, KENNETH

ANDERSON, BRIAN

ANGELL, EDWARD

ANGLEMIRE, WILLIAM

ANGULO, RAMON

ARBOGAST, SHAWN

ARCEO, ANDRES

ARRANAGA, LUIS

BALDWIN, BRYAN

BALLANTINE, ABRAHAM

BALLANTINE, ANDRIAN

BANDERAS, JOSE

BARR, RAYMOND

BATES, RYAN

BELTRAN-SALAZAR, JAVIER

BENSON, SCOTT

BERHANU, WORKU

BERNAL, GILBERT

BLANDY, EDUARDO

BLAZEVICH, ROBERT

BRANDON, JONATHAN

BRICE, LARRY

BRINKLEY, STEPHEN

CAMPBELL, ANDREW

CAMPOS, DANIEL

CARLOS, JONATHAN

CARSON, DAVID

CASTENEDA, CHRISTIAN

CATHEY, RONALD

CERTOMA, ROBERTO

CERVANTES, DAVID

CHAVEZ, GERARDO

CLIFFORD, BILLY

COLBERT, JOSHUA

COLE, MATTHEW

CONLON, SCOTT

CONOVER, BRIAN

COVARRUBIAS, JAMES

COWAN, JOHNNY

CROSIER, JAMES

CROSTA, HOUSTON

DAHLQUIST, PERRY

DAVIS, JOHN

DAWKINS, COLBY

DELGADO, ALEJANDRO

DELGADO, RUBEN

DELGADO-MARTINEZ, EDUWIGES

DEMATTEO, DANIEL

DENORIO, CHRISTOPHER

DERMODY, SEAN

DICKMAN, DAVID

DO, STEVE

DONALDSON, TIM

DOUGLASS, BRANDIN

DOYLE, KRIS

DUBAY, KIRK

DURAN, JOSE

DUTSON, JOSHUA

ESPARZA, FERNANDO

ESPINOZA, ISHMAEL

EZELL, COREY

EZZELL, NATHAN

FISCALINI, DARREN

FLETCHER, DONALD

FLINT, AARON

FLORES, RAMON

FLYNN, GREGORY

FRANCO, STEPHEN

FULLER, TIM

GALAVIZ, DANIEL

GALVAN-LABRADO, ANGEL

GALVEZ, JESSICA

GAMBOA, EMANUEL

GAMEZ, GILDARDO

GANLEY, SEAN

GARCIA, GERARDO

GARNER, JONATHAN

GASKIN, DONALD

GEBO, JEREMY

GESSERT, BENJAMIN

GESSERT, STEVEN

GIBBONS, BLAKE

GIBSON, JOSEPH

GODOY, CESAR

GOMEZ, CARLOS

GOMEZ, DIEGO

GOOCH, RANDALL

GRAHAM, TOMMY

GRAYS, JERVENT

GREENFIELD, MYRON

GREY, ROBERT

GUARD, DEREK

GUILBAULT, ROBERT

GUTIERREZ, DAVE

HAGGARD, KYLE

HAMLET, CHRISTOPHER

HELLER, JARED
HERNANDEZ, BRAULIO
HERNANDEZ, JESSE
HERNANDEZ, MICHAEL
HERNANDEZ, SERGIO
HERRERA, GUSTAVO
HERRERA, JASON
HERRERA-FRANCO, ROBERTO
HICKS - WHALEY, DONALD
HUBBARD, WILLIAM
HUNT, CHRISTOPHER
IGNACIO, WILLIAM
INGLEMAN, ROBERT
INTERIANO - TRINIDAD, DAVID
IRELAND, JOHN
JOHNSON, CRAIG
JONES, JESSE
KAPLES, KAMERON
KAZEN, JAMES
KELLING, MICHAEL
KIM, SOKHA
KIRKPATRICK, WILLIAM
KLINGENSMITH, GARET
KONIECZSKI, RICHARD
LANCARA-LANE, YANQUIEL

LAPATRA, FRANCIS

LAREZ, PETER

LARSON, DEREK

LAUTENSCHLAGER, DANIEL

LEBRAN, DONALD

LEE, DERRICK

LEON, ALBERTO

LERMA JR, FRANCISCO

LINDSEY, AARON

LINGE, ROBERT

LOCKWOOD, PAUL

LOPEZ-VALDEZ, DANIEL

LOZA-OCAMPO, FRANCISCO

LUGO JR., CRAIG

LUNA, D'ANGELO

MAIORANA, ANGELO

MALIK, SHARIFELDIN

MARQUINA, JORGE

MARSH, CHRIS

MARSH, LINDSEY

MARTINEZ, CRISTIAN

MARTINEZ, EDUARDO

MARTINEZ, STEVEN

MASON, GREGORY

MASON, KYLE

MCCALLA III, WILLIAM
MCCLEARY, KYLE
MCGAVITT, RODNEY
MCNEILL, MICHAEL
MENG, UTTARA
MERLOS, IGNACIO
MILLER, RANDALL
MONDEAUX, JOHN
MONROY, OSVALDO
MOODY, SETH
MORALES, EDUARDO
MORAN JR, LUIS
MORENO-SANCHEZ, JUAN
MORGAN, ROBERTO
MORRIS, ZACHARY
MUILENBURG, FERDINAND
MUNOZ-DE-RUEDA, LUIS G
MYERS, NICOLAS
NAVARETTE, JUAN
NAVARRETTE, ISMAEL
NEISES, NICHOLAS
NICHOLSON, DANNY
NIRSCHL, ALEX
NOEL, STACEY
OAKIE, PATRICK

O'CONNOR, ARTHUR
O'DONNELL, TIMOTHY
OSORIA, RENE
PALI, LOUISE
PARTLOW, MARVIN
PECK, AARON
PENA, RITO
PENDLEY, STACEY
PEREZ, ARIEL
PEREZ, CARLOS
PEREZ, SANTIAGO
PETERSON, CALVIN
PETERSON, RONALD
POORMON, JASON
PRICE, JIM
PROUTY, EDWARD
RANKINS, LEONARD
RAY, MARK
RITA, OSCAR
RITO, PENA
RIVERA, DANIEL
RIVERA, PAUL
RIVERA, ROBERTO
ROBINSON, KEIR
RODRIGUEZ, JORGE

RODRIGUEZ, JUAN
ROGERS, DAVID
ROMERO, GILBERT
ROMO, JUAN
ROWE, MICHAEL
RUBIO, ARTURO
RUFFER, TOMAS
SAADA, TOMER
SANCHEZ, JUAN
SANGSTER, NOELLE
SCHAEFER, MICHAEL
SCHENK III, WILLIAM
SCHNEIDER, JAMES
SCHOEB, WILLIAM
SENFT, JUSTIN
SEVIGNY, DAVID
SHANKER, RICHARD
SHERCLIFFE, SCOTT
SHIPMAN, SEAN
SHRIBER, ANTHONY
SHRIBER, BRIAN
SILER, ZACHARY
SINCLAIR, PATRICK
SMITH, BRANDON
SMITH, DERRICK

SMITH, MARK
SMITH, TRISTAN
SOUTHERN, AARON
SPARENGA, BRIAN
STIER, DALE
STOLE, STEVEN
STRAWN, MICHAEL
SUAREZ, VICTOR
TORRES, JEREMY
TRICE, ERIC
UHER, JARED
VAZQUEZ, JOEL
WALTERS, KYLE
WARBLE, KEVIN
WATTS-HOOPER, CODIE
WHINERY, JESSE
WHIPPLE, PATRICK
WILBORN, BRANDON
WILDEY, MATTHEW
WILLIAMS, ROBERT
WILSON, AARON
WOODS, MARCUS
WRIGHT, DARREL

///

///

ZACARIAS-MARQUEZ, ARTHUR

ZELM, MICHAEL

ZEPEDA, CRISTIAN