JANET M. HEROLD
Regional Solicitor
DANIEL CHASEK
Associate Regional Solicitor
California Bar No. 186968
KATHERINE KASAMEYER
Trial Attorney
California Bar No. 261820
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7742
Facsimile: (415) 625-7772
Email: Kasameyer.katherine@dol.gov

Attorneys for Plaintiff, Thomas E. Perez,
Secretary of Labor,
United States Department of Labor

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br> v. <br><br> End 2 End Communications, LLC, doing business as End 2 End Communications and as End 2 End Technologies; <br> Troy Knutson, individually and as a managing agent of End 2 End Communications, LLC; and <br> Kacey Schenk, individually and as a managing agent of End 2 End Communications, LLC, <br><br> Defendants. | Case No. cv-15-01368-PHX-DJH <br><br> STIPULATION RE CONSENT JUDGMENT |

1 Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor,
2 and Defendants End 2 End Communications, LLC, doing business as End 2 End
3 Communications and as End 2 End Technologies; Troy Knutson, individually and
4 as a managing agent of End 2 End Communications, LLC; and Kacey Schenk,
5 individually and as a managing agent of End 2 End Communications, LLC,
6 together agree to the terms of the attached proposed Consent Judgment as the full
7 and final settlement of this action.

8 Respectfully Submitted,
9 Dated: 3-5-15
   For End to End Communications, LLC:   M. PATRICIA SMITH
10                                        Solicitor of Labor

11  _Owner_                               JANET M. HEROLD
12 Position                               Regional Solicitor

13 Dated: 3-5-15                          DANIEL CHASEK
14 For: Troy Knutson                      Associate Regional Solicitor

15 By: _____                            _Katherine Kasameyer_
16     Troy Knutson, individually         KATHERINE M. KASAMEYER
                                          Trial Attorney
17 Dated: 3/05/2015
   For: Kasey Schenk                      Dated: 3/9/15
18                                        Attorneys for U.S. Dep't of Labor
19 By: _____
       Kasey Schenk, individually
20
21 Reviewed as to Form and Content:
22 _____
23 Howard E. Cole, Esq.
   Lewis Roca Rothgerber
24 3993 Howard Huges Parkway, Suite 600
25 Las Vegas, NV 8916
26