UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br>　　v.<br><br>End 2 End Communications, LLC, doing business as End 2 End Communications and as End 2 End Technologies;<br>Troy Knutson, individually and as a managing agent of End 2 End Communications, LLC;<br>and<br>Kacey Schenk, individually and as a managing agent of End 2 End Communications, LLC,<br><br>　　　　Defendants. | Case No. cv-15-01368-PHX-DJH<br><br>PROOF OF SERVICE |

　　　I certify that true and correct copies of the

COMPLAINT

CIVIL COVER SHEET

NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

1. STIPULATION RE CONSENT JUDGMENT and
2. (PROPOSED) CONSENT JUDGMENT
3. Were served this 20th day of July 2015 by placing copies in a pre-paid sealed
4. government envelope addressed to:
5. Howard E. Cole, Esq.
6. Lewis Roca Rothgerber LLP | Hughes Center
7. 3993 Howard Hughes Parkway Suite 600 |
8. Las Vegas, Nevada 89169
9.
10. By:
11. /s/ Katherine M. Kasameyer